IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 13-cv-03157-RM-BNB

GURVEST CASTILLE,

    Plaintiff,

v.

BUREAU OF COLLECTION RECOVERY, LLC,
a Minnesota limited liability company,

    Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

THE COURT having reviewed the Notice of Dismissal with Prejudice filed pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

DATED this 9th day of January, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge